# United States District Court
## Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
**09/17/2025**
CENTRAL DISTRICT OF CALIFORNIA
BY: TRB  DEPUTY

**UNITED STATES OF AMERICA vs.**

**Defendant** Cesar Zamora

akas:

Docket No. 2:25-cr-00800-MBK
2:25-po-00934-MBK / CC9S, E1958956

Social Security No. None provided
(Last 4 digits)

## JUDGMENT AND PROBATION ORDER

In the presence of the attorney for the government, the defendant appeared in person

| MONTH | DAY | YEAR |
|---|---|---|
| 09 | 17 | 2025 |

**COUNSEL** (DFPD) Christine Yonan
(Name of Counsel)

**PLEA**  [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING** There being a finding of **GUILTY,** defendant has been convicted as charged of the offense(s) of: **18 U.S.C. 1028(a)(4): Fraudulent use of a means of identification.**

**JUDGMENT AND PROB/COMM ORDER** The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

On **VN CC9S, E1958956** the defendant shall pay No fine, a mandatory special assessment of **$25.00** and the mandatory processing fee of **$30.00**. The Court orders the fees to be paid by the end of the probationary period

The Court orders the defendant to serve a **One (1) year term of Unsupervised Probation** under the following terms and conditions:

1) The defendant shall comply with the rules and regulations of the Probation Office and Second Amended General Order 20-04.

2) The defendant shall not commit any Federal, State or local crime.
The defendant must refrain from excessive use of alcohol and must not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

3) The defendant shall pay any fine, special assessment, special assessment, special assessment, special assessment, CVB processing fee and restitution ordered as part of defendant's sentence and notify the court of any material change in the defendant's economic circumstances that might affect defendant's ability to pay the foregoing.

4) The defendant must notify the Court within 72 hours of being arrested or questioned by a law enforcement officer.

| USA vs. | Cesar Zamora | Docket No.: | 2:25-cr-00800-MBK<br>2:25-po-00934-MBK /<br>CC9S, E1958956 |
|---|---|---|---|

5) Special Conditions: 1) Defendant to use only his own true given name for any and all official purposes. 2) Defendant shall submit to fingerprinting by Diplomatic Security Service at a mutually agreeable time within 45 days from 09/17/2025. The Government agrees that defendant will not be taken into custody for deportation during the process of being fingerprinted or on his return from doing so.

The defendant is notified of his right to appeal the sentence within 14 days

09/17/2025

Filed Date

Michael B. Kaufman, U.S. Magistrate Judge

Clerk, U.S. District Court

09/17/2025          By

Filed Date                Terry R. Baker, Deputy Clerk

| | | | |
|---|---|---|---|
| USA vs. | Cesar Zamora | Docket No.: | 2:25-cr-00800-MBK<br>2:25-po-00934-MBK /<br>CC9S, E1958956 |

[X] The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant must pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment under 18 U.S.C. § 3612(f)(1). Payments may be subject to penalties for default and delinquency under 18 U.S.C. § 3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed before April 24, 1996. Assessments, restitution, fines, penalties, and costs must be paid by certified check or money order made payable to "Clerk, U.S. District Court." Each certified check or money order must include the case name and number. Payments must be delivered to:

> United States District Court, Central District of California
> Attn: Fiscal Department
> 255 East Temple Street, Room 1178
> Los Angeles, CA 90012

or such other address as the Court may in future direct.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence (pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid):
   Non-federal victims (individual and corporate),
   Providers of compensation to non-federal victims,
   The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

| | | |
|---|---|---|
| USA vs. Cesar Zamora | Docket No.: | 2:25-cr-00800-MBK<br>2:25-po-00934-MBK /<br>CC9S, E1958956 |

## CERTIFICATE

I hereby attest and certify on this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

Filed Date                    Deputy Clerk

---

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____          _____
Defendant                                  Date

_____                    _____
U. S. Probation Officer/Designated Witness    Date